# Activities Export

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 11/07/2017 | 🕐 | Email to Cosgriff about failure to comply with court order.<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 11/14/2017 | 🕐 | Drafted Compliance Letter to Cosgriff regarding deficiencies in discovery responses, (3.5) reviewed file for correspondence (.5), reviewed discovery responses at length (2.0)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 6.00 | 350.00 | 2,100.00 |
| 11/15/2017 | 🕐 | completed compliance letter and mailed to Cosgriff, (3.7)continued review of file and Defendants' various discovery responses (2.5)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 6.20 | 350.00 | 2,170.00 |
| 12/04/2017 | 🕐 | Drafted Motion for Sanctions, reviewed responses from Defendants, email to Cosgriff regarding request for extension (.1)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 1.40 | 350.00 | 490.00 |
| 12/13/2017 | 🕐 | Emails to Cosgriff regarding Defendants' failure to comply with Court Order, Discussed Filing Second Motion for Sanctions<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.30 | 350.00 | 105.00 |
| 12/14/2017 | 🕐 | Reviewed Cosgriff Letter to Court, Meeting with MKD to discuss<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 12/15/2017 | 🕐 | Prepared Letter to Court regarding Cosgriff Request for Conference, finalized and filed on ECF system<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.50 | 350.00 | 175.00 |

# Activities Export

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | 🕐 | Reviewed Cosgriff Letter to Court Regarding Discovery Dispute<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 12/19/2017 | 🕐 | Reviewed ECF Notice denying hearing<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.10 | 350.00 | 35.00 |
| 01/03/2018 | 🕐 | Prepared, Finalized and Filed Transcript Request on ECF system<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.40 | 350.00 | 140.00 |
| 01/11/2018 | $ | Transcript Order for September 20, 2017 Discovery Hearing<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | - | 111.55 | 111.55 |
| 01/11/2018 | 🕐 | received Court transcript, email with Maria about receipt, possible contact with the Court.<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 01/16/2018 | 🕐 | drafted second motion for sanctions, (2.5) reviewed Defendants' discovery responses, reviewed and summarized transcript of Court Proceeding, (2.0) reviewed court documents and past motion filings (1.0), summarized past procedural history of case (1.0)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 6.50 | 350.00 | 2,275.00 |
| 01/17/2018 | 🕐 | Assisted in Prep for Motion DN 43<br>i. Locating and preparing exhibits (.8)<br>ii. Reviewing Affidavit (.3)<br>iii. Meeting with Bob (.5)<br>iv. Researched standard for sanction, draft legal section (p. 3-5) (1.5)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 3.10 | 250.00 | 775.00 |

# Activities Export

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 01/17/2018 | ⏱ | continued drafting Second Motion for Sanctions, continued summarizing transcript of court proceedings, case docket, (2.2), phone calls with Maria about Exhibits (.2), reviewed, summarized in affirmation and numbered extensive exhibits for motion filing, including review of correspondence, compliance letter, discovery responses, discovery documents, and email (7.4), research on standard for sanctions, striking of answer, willful noncompliance (1.5), reviewed and revised MKD memo of law on sanctions, drafted introduction (1.5), prepared cert of service (.2), compiled all papers for filing, filed on ECF system (1.0)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 14.00 | 350.00 | 4,900.00 |
| 01/19/2018 | ⏱ | Reviewed Court scheduling order<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 02/08/2018 | ⏱ | Reviewed CMC response to Motion for Sanctions<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.40 | 350.00 | 140.00 |
| 02/09/2018 | ⏱ | Reviewed email from Court about motion filing, direction to Thabie to forward hard copy to chambers.<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.30 | 350.00 | 105.00 |
| 02/22/2018 | ⏱ | Travel Time to and from Rochester for Sanctions Hearing<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 6.50 | 175.00 | 1,137.50 |
| 02/22/2018 | ⏱ | Preparation for Hearing, including review of motion papers, lunch meeting with Maria to strategize for hearing presentation (2.5), pre- | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 5.90 | 350.00 | 2,065.00 |

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| | | and post-hearing meetings with client (.4), participate in hearing before Magistrate Judge Payson, participate in oral argument, meeting with Judge Payson's law clerk in effort to reach agreement, continuation of hearing with Court (3.0 hours)<br><br>● Unbilled | | | | | |
| 02/22/2018 | $ | 450 miles round trip drive from Albany to Rochester, $.545 per mile, thruway tolls, $18.14<br><br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | - | 263.39 | 263.39 |
| 02/22/2018 | $ | Meals-Breakfast, Dinner<br><br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | - | 64.98 | 64.98 |
| 02/22/2018 | 🕒 | Travel Time to and from Rochester for Sanctions Hearing<br><br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 6.50 | 125.00 | 812.50 |
| 02/22/2018 | 🕒 | Preparation for Hearing, including review of motion papers, lunch meeting with Maria to strategize for hearing presentation (2.5), pre- and post-hearing meetings with client (.4), participate in hearing before Magistrate Judge Payson, participate in oral argument, meeting with Judge Payson's law clerk in effort to reach agreement, continuation of hearing with Court (3.0 hours)<br><br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 5.90 | 250.00 | 1,475.00 |
| 02/22/2018 | $ | Parking<br><br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | - | 4.50 | 4.50 |
| 02/26/2018 | 🕒 | Reviewed Court Order<br><br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |

# Activities Export

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 03/07/2018 | 🕐 | Reviewed Cosgriff letter, Court Order<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 03/19/2018 | 🕐 | Email to Cosgriff regarding request for extension, deficiencies in production (.3), internet research on weather in Philadelphia (.2)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.50 | 350.00 | 175.00 |
| 04/04/2018 | 🕐 | Email to Cosgriff about production, prepared, finalized and filed transcript request<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.50 | 350.00 | 175.00 |
| 04/11/2018 | 🕐 | Exchange of email with Cosgriff regarding document production<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 04/11/2018 | 🕐 | drafted, finalized and filed letter to court regarding filing supplemental motion for sanctions<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.40 | 350.00 | 140.00 |
| 04/16/2018 | 🕐 | email to Thabie about getting court transcript<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.10 | 350.00 | 35.00 |
| 04/30/2018 | $ | Transcript Order -- February 22, 2018 Sanctions Hearing<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | - | 208.05 | 208.05 |
| 06/01/2018 | 🕐 | Reviewed Keach affirmation<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 0.50 | 250.00 | 125.00 |
| 06/01/2018 | 🕐 | prepared and finalized supplemental affirmation in support of motion for sanctions, (2.9), reviewed prior court filings and prior motions (1.0), reviewed and | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 11.30 | 350.00 | 3,955.00 |

# Activities Export

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| | | summarized transcript of hearing before the Court (2.0), reviewed Defendants' discovery responses (1.5), internet research on corporate tax returns, Schedule K-1 (1.5). Compiled, finalized and filed on ECF system (.7). Prepared cert of service (.2).<br>● Unbilled | | | | | |
| 08/20/2018 | ⏱ | Prep time for Sanctions Hearing<br><br>o Review prior Motions to compel/Sanctions/responses thereto, compared Defendants supp responses to demands. Prepared chart of all deficient responses (2.0)<br>o Telephone conference with Bob about preparing for hearing (.2)<br>o Discussion with Client hearing, and grievances he filed. (.3)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 2.50 | 250.00 | 625.00 |
| 08/21/2018 | $ | Parking<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | - | 3.00 | 3.00 |
| 08/21/2018 | $ | Meals (coffee, pastry, water/snacks for road, lunch.)<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | - | 19.28 | 19.28 |
| 08/21/2018 | $ | Gas for rental car<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | - | 25.35 | 25.35 |
| 08/21/2018 | $ | Rental Car<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | - | 151.37 | 151.37 |
| 08/21/2018 | $ | Tolls<br>● Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | - | 19.10 | 19.10 |

# Activities Export

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 08/21/2018 | 🕐 | Travel Time:<br><br>Picking up, filling gas, and return rental car, round trip drive to Syracuse.<br>🔵 Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 7.50 | 125.00 | 937.50 |
| 08/21/2018 | 🕐 | Prep before Hearing<br>* going over chart of deficient responses, reading prior hearing transcript/Meeting with Client (.8)<br>Post Hearing Meeting with Client (.2)<br>🔵 Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 1.00 | 250.00 | 250.00 |
| 08/21/2018 | 🕐 | Hearing on 2nd Sanctions Motion; discussion with Bob about hearing and strategizing going forward<br>🔵 Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 1.20 | 250.00 | 300.00 |
| 08/21/2018 | 🕐 | Telephone call with Maria regarding sanctions hearing<br>🔵 Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.60 | 350.00 | 210.00 |
| 08/22/2018 | 🕐 | Reviewed Court Order awarding sanctions<br>🔵 Unbilled | 00243-Howell<br>Howell Sanctions Application | Elmer Keach | 0.20 | 350.00 | 70.00 |
| 08/22/2018 | 🕐 | Reviewed Decision and Order from Court on Sanctions Motion.<br>🔵 Unbilled | 00243-Howell<br>Howell Sanctions Application | Maria Dyson | 0.20 | 250.00 | 50.00 |

**92.10h**     **$27,378.07**